JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN STRETCH (CABN 163973)
Chief, Criminal Division

DAVID J. WARD (CABN 239504)
Special Assistant United States Attorney

    450 Golden Gate Avenue
    San Francisco, California 94102
    Telephone: (415) 436-7129
    Facsimile: (415) 436-7234
    E-Mail: david.ward2@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. CR 96-0158 MHP; |
|     Plaintiff, ) |                  CR 92-0168 CAL; |
|   v. ) | [PROPOSED] ORDER AND |
| THOMAS NEIL WALTHER, ) | STIPULATION EXCLUDING TIME FROM JULY 13, 2009 TO AUGUST 3, 2009 |
|     Defendant. ) | |

      The parties appeared before the Honorable Marilyn Hall Patel on July 13, 2009. With the agreement of counsel for both parties, the Court found and held as follows:

      1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from July 13, 2009 to August 3, 2009, in light of defendant's counsel need to review the evidence in this case. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the need for counsel to review evidence with the defendant.

      2. Given these circumstances, the Court found that the ends of justice served by

[PROPOSED] ORDER AND
STIPULATION EXCLUDING TIME
CR 96-0158 MHP

excluding the period from July 13, 2009 to August 3, 2009, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

   3. Accordingly, and with the consent of the defendant, the Court ordered that the period from July 13, 2009 to August 3, 2009, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: July 13, 2009

           /s/
          GEOFFREY A. HANSEN
          Counsel for Thomas Neil Walther

DATED: July 13, 2009

           /s/
          DAVID J. WARD
          Special Assistant United States Attorney

IT IS SO ORDERED.

DATED:__7/24/2009_____



THE HONORABLE MARILYN H. PATEL
United States District Judge

[PROPOSED] ORDER AND
STIPULATION EXCLUDING TIME
CR 96-0158 MHP      2