JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

DAVID J. WARD
Special Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California 94102
    Telephone:(415) 436-7129
    Fax:  (415) 436-7234
    Email: david.ward2@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>THOMAS NEIL WALTHER<br><br>    Defendant. | CR No. 96-0158 MHP<br><br>STIPULATION AND (PROPOSED)<br>ORDER EXCLUDING TIME UNDER THE<br>SPEEDY TRIAL ACT FROM AUGUST 3,<br>2009 TO AUGUST 17, 2009 |

On August 3, 2009, the counsel for defendant Thomas Neil Walther and counsel for the United States appeared before the Honorable Judge Marilyn H. Patel for a status conference in the above-captioned matter. The parties were ordered to return to this Court on August 17, 2009 for a change of plea or trial setting date.

On August 3, 2009, the parties stipulated that time should be excluded under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) of the Speedy Trial Act until August 17, 2009 for effective preparation of defense counsel. The parties represented that granting the continuance was for a reasonable time necessary for effective preparation of defense counsel, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

//

Stipulation and (Proposed) Order
CR No. 96-0158 MHP

1 | The parties also agreed that the ends of justice served by granting such a continuance outweighed the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(7)(A).

SO STIPULATED:

                                      JOSEPH P. RUSSONIELLO
                                      United States Attorney

DATED: 8/10/09                  /s/
                                      DAVID J. WARD
                                      Special Assistant United States Attorney

DATED: 8/10/09                  /s/
                                      GEOFFREY HANSEN
                                      Attorney for Thomas Neil Walther

As the Court found on August 3, 2009, and for the reasons stated above, the Court finds that an exclusion of time between August 3, 2009, to August 17, 2009, is warranted and that the ends of justice served by the continuance outweighs the best interests of the public and the defendants in a speedy trial. See 18 U.S.C. §3161 (h)(7)(A). The failure to grant the requested continuance would deny the defendant and deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. See 18 U.S.C. § 3161(h)(7)(B)(iv).

SO ORDERED.

DATED: 8/11/2009                              
                                      MARILYN
                                      United S

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*