IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-96 - 0158 MHP |
| Plaintiff, | ) | |
| vs. | ) | **RELEASE ORDER** |
| THOMAS WALTHER, | ) | |
| Defendant. | ) | |

Based on the Bureau of Prison's pending calculation that Mr. Walther has completed the sentence imposed in this case based on a custody date of June 16, 2009, from which time he has received no credit for any other sentence, it is Ordered that the U.S. Marshal release Thomas Walther from federal custody as his time has been completed, and he shall be released ~~for Walther~~ on the date of this order, ~~January~~ January 15, 2010.

Dated: 1/15/10

MARILYN HALL PATEL
UNITED STATES DISTRICT COURT JUDGE

1